UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JAMES P. RYAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22-cv-00165-KMB-TWP |
| | ) |
| MARTIN O'MALLEY, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Entry Reviewing the Commissioner's Decision, also issued this day, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff and **AFFIRMS** the decision of the Administrative Law Judge.

**SO ORDERED.**

Date: 3/14/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana


Roger A.G. Sharpe, Clerk
BY: *Michelle G. Jandrum*

Deputy Clerk, U.S. District Court


Distribution:

All ECF-registered counsel of record via email